In the Matter of BARRY EQUITY CORP., Appellant. JACOB ELISHEWITZ & SONS CO., INC., Respondent.

Argued October 11, 1948; decided October 21, 1948.

*Stanley Bogart* and *Murray I. Sommer* for appellant.
*Norman A. Coplan, Frederic E. Hammer* and *Eugene M. Parter* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.